IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MILL POND ASSOCIATES LIMITED PARTNERSHIP, | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. PJM-98-1050 |
| THE BANK OF NEW YORK, | ) ) ) | |
| *Defendant, and Third-Party Plaintiff,* | ) ) ) ) | "APPROVED" THIS 16 DAY OF Dec, 19 99 |
| v. | ) ) | |
| RELIANCE INSURANCE COMPANY OF ILLINOIS; RELIANCE INSURANCE COMPANY; THE MUNICIPAL BOND INVESTORS ASSURANCE CORPORATION; ANNE ARUNDEL COUNTY, MARYLAND; and THE ARTERY GROUP LLC, | ) ) ) ) ) ) ) ) | PETER J. MESSITTE UNITED STATES DISTRICT JUDGE |
| *Third-Party Defendants.* | ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Defendant and Third-Party Plaintiff The Bank of New York gives notice that it is dismissing its third-party claims against Reliance Insurance Company of Illinois ("Reliance of Illinois"). Reliance of Illinois has not yet served a responsive pleading to BNY's third-party complaint, and evidence has not been introduced at a trial or hearing before this Court on the coverage issues in dispute.

BNY's dismissal of its claims against Reliance of Illinois is based upon a settlement between these parties of the adversary proceeding BNY filed against Reliance of Illinois in the United States Bankruptcy Court for the Southern District of Florida. A copy of the bankruptcy court's approval of the settlement, dated August 24, 1999, is attached hereto at Tab A. The settlement and this dismissal does not in any way affect or alter the pendency of BNY's third-party claims against Reliance Insurance Company, which is a separate insurance company from Reliance of Illinois and is not a party to the settlement agreement, or any other third-party claims or counterclaims asserted by BNY.

BNY's dismissal of its claims against Reliance of Illinois is with prejudice. Each party is to bear its respective attorneys fees and costs, without prejudice to BNY's rights to recover its respective costs from any or all of the other parties to this action.

Dated: Washington, D.C.
       December 14, 1999

Respectfully submitted,

**WHITE & CASE**
LIMITED LIABILITY PARTNERSHIP

By: _____
Christopher M. Curran
Frank Panopoulos
601 Thirteenth Street, N.W.
Washington, D.C. 20005-3807
(202) 626-3600

*Attorneys for Defendant
The Bank of New York*

RECEIVED AUG 2 3 1999

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

THE BANK OF NEW YORK, Trustee,                    Adv. Proc. No. 98-2060-BKC-RBR-A

    Plaintiff,

v.

LUCY C. DIBRACCIO, as Chapter 7
Trustee of the Estate of HOMEOWNERS
FINANCIAL CORPORATION, a Delaware
corporation, et al.,

    Defendants.
_____/

In re:                                            Case No. 97-27015-BKC-RBR
                                                  Chapter 7
DEVELOPERS MORTGAGE CORPORATION,                  [Substantively consolidated with
a Maryland corporation,                           In re Homeowners Financial
TAX I.D. NO. 52-1059023                           Corporation and Homeowners
                                                  Funding Corporation of America]
_____/

## ORDER APPROVING SETTLEMENT WITH
## DEFENDANT, RELIANCE ILLINOIS

THIS ADVERSARY PROCEEDING was before the Court for approval of a proposed settlement among plaintiff, THE BANK OF NEW YORK ("BNY"), and cross-plaintiff SONYA SALKIN, Chapter 7 Trustee ("Trustee") of the substantively-consolidated Estates of HOMEOWNERS FINANCIAL CORPORATION ("HFC"), HOME OWNERS FUNDING CORPORATION OF AMERICA ("HOFCOA") and DEVELOPERS MORTGAGE CORPORATION ("DMC"), as parties of the first part, and defendant RELIANCE INSURANCE COMPANY OF ILLINOIS, as the party of the second part.

Notice of the proposed settlement having been given in accordance with Local Rule 9013-1(D), and no party having responded or filed a certificate of contested matter, it is hereby ORDERED

Adv. Proc. No. 98-2060-BKC-RBR-A

that:

1. The "Settlement Agreement and Full Policy Release" attached to the motion is approved.

2. All claims and cross-claims brought by BNY and the Trustee against Reliance Illinois, and all counterclaims brought by Reliance Illinois against BNY and the Trustee, are hereby dismissed with prejudice.

3. Each of the settling parties shall bear its respective attorney's fees and costs with regard to all claims and matters between the parties of the first part and the party of the second part.

4. The Court retains jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida, this 24 day of August, 1999.

**RAYMOND B. RAY**
Raymond B. Ray
United States Bankruptcy Judge

Conformed copy furnished to:
Vance E. Salter, Esq., who upon
receipt shall distribute a
conformed copy of this Order to
counsel of record, and who
shall file a notice certifying
such service.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 1999, a copy of the foregoing Notice of Voluntary Dismissal was served on the following by first-class mail, postage pre-paid:

William F. Causey, Esq.
Nixon Peabody LLP
1255 23rd Street, N.W.
Washington, D.C. 20037
   *Attorneys for Plaintiff*
   *Mill Pond Associates Limited Partnership*
   *and Third-Party Defendant Artery*


Scott Golinkin, Esq.
Reardon Golinkin & Reed
208 S. LaSalle St., Suite 1290
Chicago, IL 60004-2102
   *Attorneys for Third-Party Defendant*
   *Reliance Insurance Co. of Illinois*

Kurt D. Karsten
Cowdrey, Thompson & Karsten, P.A.
621 Ridgely Avenue, Suite 402
Annapolis, Maryland 21401
   *Attorneys for Third-Party Defendant*
   *Reliance Insurance Co. of Illinois*

Cynthia Mellon, Esq.
Reliance Surety Company
3 Park Way, 9th Floor
Philadelphia, PA 19102
   *Attorney for Third-Party Defendant*
   *Reliance Insurance Co.*

Pat Logan, Esq.
Anne Arundel County Office of Law
2660 Riva Rd.
Annapolis, MD 21401
   *Attorney for Third-Party Defendant*
   *Anne Arundel County, Maryland*

_____
Frank Panopoulos