IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MILL POND ASSOCIATES
LIMITED PARTNERSHIP,

    *Plaintiff*,

v.

THE BANK OF NEW YORK,

    *Defendant and*
    *Third-Party Plaintiff*,

v.

RELIANCE INSURANCE COMPANY
OF ILLINOIS; RELIANCE INSURANCE
COMPANY; THE MUNICIPAL BOND
INVESTORS ASSURANCE CORPORATION;
ANNE ARUNDEL COUNTY, MARYLAND;
and THE ARTERY GROUP LLC,

    *Third-Party Defendants*.

Civil Action No. PJM-98-1050

"APPROVED" THIS 12 DAY OF
of June, 2000.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

## NOTICE OF VOLUNTARY DISMISSAL OF RELIANCE INSURANCE COMPANY

Pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil Procedure, Defendant and Third-Party Plaintiff The Bank of New York hereby dismisses its third-party claims against Reliance Insurance Company ("Reliance"). Reliance has not yet served a responsive pleading to BNY's third-party complaint, and evidence has not been introduced at a trial or hearing before this Court on the coverage issues in dispute.