IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MILL POND ASSOCIATES LIMITED PARTNERSHIP, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE BANK OF NEW YORK, )<br>)<br>*Defendant and* )<br>*Third-Party Plaintiff*, )<br>)<br>v. )<br>)<br>RELIANCE INSURANCE COMPANY )<br>OF ILLINOIS; RELIANCE INSURANCE )<br>COMPANY; THE MUNICIPAL BOND )<br>INVESTORS ASSURANCE CORPORATION; )<br>ANNE ARUNDEL COUNTY, MARYLAND; )<br>and THE ARTERY GROUP LLC, )<br>)<br>*Third-Party Defendants*. )<br>) | Civil Action No. PJM-98-1050<br><br>"APPROVED" THIS 14 DAY OF JUNE, 2000.<br><br>_____<br>PETER J. MESSITTE<br>UNITED STATES DISTRICT JUDGE |

## NOTICE OF VOLUNTARY DISMISSAL OF ANNE ARUNDEL COUNTY

Pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil Procedure, Defendant and Third-Party Plaintiff The Bank of New York gives notice that it is dismissing its third-party claims against Anne Arundel County, Maryland (the "County"). The County has not yet served a responsive pleading to BNY's third-party complaint, and evidence has not been introduced at a trial or hearing before this Court on the issues in dispute between the County and BNY.