UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

Peter J. Messitte
   Judge

(301) 344-0632

# MEMORANDUM

To:     Counsel of Record

From:   Judge Peter J. Messitte

RE:     Mill Pond Associates v. The Bank of New York
         Civil No. PJM 98-1050

Date:   July 13, 2000

* * * * * * * * *

Upon consideration of the parties' respective status reports, the Court **DIRECTS** Plaintiff Mill Pond Associates and Defendant The Bank of New York to file supplemental briefings on the issue of the Transfer Agreement according to the following schedule:

| | |
|---|---|
| July 28, 2000 | Supplemental Briefs to be filed by both parties |
| August 13, 2000 | Responses to Supplemental Briefs to be filed by both parties |
| August 27, 2000 | Replies to Responses to be filed by both parties |
| October 2, 2000 11:00 a.m. | Oral argument |

Despite the informal nature of this ruling, it constitutes an Order of the Court and the Clerk shall docket it accordingly.

_____
Peter J. Messitte
United States District Judge

cc:   Court File