IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MILL POND ASSOCIATES LIMITED PARTNERSHIP, *Plaintiff,* v. THE BANK OF NEW YORK, *Defendant, and Third-Party Plaintiff,* v. RELIANCE INSURANCE COMPANY OF ILLINOIS; RELIANCE INSURANCE COMPANY; THE MUNICIPAL BOND INVESTORS ASSURANCE CORPORATION; ANNE ARUNDEL COUNTY, MARYLAND; and THE ARTERY GROUP LLC, *Third-Party Defendants.* | Civil Action No. PJM-98-1050 |

"APPROVED" THIS 16 DAY OF Aug, 20 00.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

## NOTICE OF DISMISSAL OF THE ARTERY GROUP LLC

Pursuant to Rule 41(a)(1)(i) and (c) of the Federal Rules of Civil Procedure, Defendant and Third-Party Plaintiff The Bank of New York hereby dismisses its third-party claims against The Artery Group LLC ("Artery"). Artery has not yet served a responsive pleading to BNY's third-party complaint, and evidence has not been introduced at a trial or hearing before this Court on the issues in dispute between Artery and BNY. Under Rule 41, this dismissal is automatic and



has immediate effect. *See, e.g., Finley Lines Jt. Protect. Bd. v. Norfolk So. Corp.*, 109 F.3d 993, 995-97 (4th Cir. 1997).

BNY's dismissal of its third-party claims against Artery is without prejudice.

Dated: Washington, D.C.
August 14, 2000

Respectfully submitted,

WHITE & CASE
LIMITED LIABILITY PARTNERSHIP

By: _____
Christopher M. Curran (# 12658)
Frank Panopoulos (# 14747)
601 Thirteenth Street, N.W.
Washington, D.C. 20005-3807
(202) 626-3600

*Attorneys for Defendant
The Bank of New York*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14h day of August, 2000, a copy of the foregoing Notice of Voluntary Dismissal was served on the following by hand delivery:

William F. Causey, Esq.
Nixon Peabody LLP
401 Ninth Street N.W., Suite 900
Washington, D.C. 20004
  *Attorneys for Plaintiff*
  *Mill Pond Associates Limited Partnership*
  *and Third-Party Defendant The Artery Group*
  *LLC*

_____
Frank Panopoulos