UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

Peter J. Messitte
    Judge

(301) 344-0632

M E M O R A N D U M

_____ FILED _____
_____ LODGED _____ _____

AUG 2 5 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

To:      Counsel of Record

From:    Judge Peter J. Messitte

RE:      Mill Pond v. Bank of New York
         Civil No. PJM 98-1050

Date:    August 24, 2000

*  *  *  *  *  *  *  *  *  *

        The Court has received Bank of New York's ("BNY") Notice
of Voluntary Dismissal of its Counterclaims, Mill Pond's Response
to a voluntary dismissal, and BNY's Reply.  The Court will **DEFER** on
determining whether voluntary dismissal of the counterclaims is
appropriate until after hearing oral argument on the matter.

        There is a hearing set to consider issues presented by
the Transfer Agreement set for October 2, 2000 at 11:00 a.m.  At
that time, the Court will also consider the issue of BNY's Notice
of Voluntary Dismissal.

        Despite the informal nature of this ruling, it
constitutes an Order of the Court and the Clerk shall docket it
accordingly.

                                    Peter J. Messitte
                            United States District Judge

cc:  Court File