FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT   2000 OCT -6  P 5: 01
FOR THE DISTRICT OF MARYLAND   CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

|  |  |
|---|---|
| MILL POND ASSOCIATES<br>LIMITED PARTNERSHIP,<br><br>*Plaintiff,*<br><br>v.<br><br>THE BANK OF NEW YORK,<br><br>*Defendant, and*<br>*Third-Party Plaintiff,*<br><br>v.<br><br>RELIANCE INSURANCE COMPANY<br>OF ILLINOIS; RELIANCE INSURANCE<br>COMPANY; THE MUNICIPAL BOND<br>INVESTORS ASSURANCE CORPORATION;<br>ANNE ARUNDEL COUNTY, MARYLAND;<br>and THE ARTERY GROUP LLC,<br><br>*Third-Party Defendants.* | Civil Action No. PJM-98-1050 |

## STIPULATED ORDER OF DISMISSAL

In complete and final resolution of this action, upon the request of Mill Pond Associates

Limited Partnership and The Bank of New York, the only remaining parties hereto, it is hereby

ORDERED as follows:

1.      Upon entry of this order BNY may immediately draw upon irrevocable standby

letter of credit no. 971186 (issued on January 21, 1999 by NationsBank N.A. (now Bank of

America)) to its full extent of One Million Seven Hundred Forty Thousand Four Hundred Seventy



Six dollars ($1,740,476.00). This drawing shall constitute payment by Mill Pond and its affiliates, not execution upon security, and BNY shall not report the drawing as an execution upon security.

2.     Immediately upon BNY's receipt of the $1,740,476.00, BNY shall send by ABA wire to Mill Pond, in accordance with wiring instructions Mill Pond shall provide to BNY, the sum of Four Hundred Seventy Three Thousand Six Hundred Thirty Four dollars ($473,634.00) in immediately available funds, representing the remaining share of Mill Pond and its affiliates in the recoveries by BNY through settlements from Reliance Insurance Company of Illinois and Reliance Surety Company (collectively "the Reliance Insurers"). The remaining recoveries from the Reliance Insurers shall be retained by BNY.

3.     Immediately upon Mill Pond's receipt of confirmation that the transactions in Paragraph 2 have occurred (i) Mill Pond shall, and shall cause its affiliates to, execute a release in the form attached as Exhibit A, (ii) BNY shall execute the release in the form attached as Exhibit B, and (iii) Mill Pond and BNY shall exchange such releases.

4.     Immediately upon the completion of the transactions in Paragraph 3, Mill Pond and BNY shall, in accordance with the mutual releases described in Paragraph 3 above, cause the Maryland state court actions between Mill Pond's affiliates and BNY to be dismissed with prejudice and without assessment of fees or costs.

5.     BNY shall not initiate any claim or action against Mill Pond and its affiliates or any other party to the transactions involved in the Maryland Litigation (as that term is defined in the attached releases) to obtain any additional legal fees incurred in this matter (except Developers Mortgage Corporation ("DMC") and its directors, officers and agents and any other parties subject to liability in the DMC bankruptcy proceedings). In particular, without limitation, BNY

-2-

shall not initiate any claim or action to obtain any additional legal fees incurred in this matter from Anne Arundel County, Maryland. In addition, upon Mill Pond's request, BNY shall execute and exchange mutual releases with Anne Arundel County, Maryland and any other party to the transactions involved in the Maryland Litigation (as that term is defined in the attached releases) willing to do so with respect to this matter (except DMC and its directors, officers and agents and any other parties subject to liability in the DMC bankruptcy proceedings).

6.      The remaining claims and counterclaims in this action are DISMISSED WITH PREJUDICE. In accordance with provisions set forth above, neither Mill Pond nor BNY shall seek or obtain costs or additional attorneys' fees.

IT IS SO ORDERED.

Dated: October 6, 2000
      Greenbelt, MD

_____
Hon. Peter J. Messitte
United States District Judge

WE ASK FOR THIS:

NIXON PEABODY LLP

By: _____
    William F. Causey
    Michael Price
    410 Ninth Street, N.W.
    Suite 900 South
    Washington, D.C. 20004-2418
    Tel: (202) 585-8724
    Fax: (202) 585-7750
    *Attorneys for Plaintiff*
    *Mill Pond Associates Limited Partnership*

WHITE & CASE LLP

By: _____
    Christopher M. Curran
    Frank Panopoulos
    601 Thirteenth Street, N.W.
    Washington, D.C. 20005-3807
    Tel: (202) 626-3600
    Fax: (202) 639-9355
    *Attorneys for Defendant*
    *The Bank of New York*